Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
IN RE:                                                :
Fosamax Products Liability Litigation   :          1:06-md-1789 (JFK)
                                                         :
-----------------------------------------------------x
*This Document Relates to:*                 :          **NOTICE OF APPEARANCE**
Sheri L. Terry                                     :
v. Merck & Co., Inc.                          :
                                                         :
Case No: 1:08-cv-04181-JFK            :
-----------------------------------------------------x

PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as counsel

of record in the above referenced causes of action.  All inquiries, pleadings and court documents

should be filed and served upon the undersigned.

Dated: June 2, 2008
          New York, New York                    Respectfully submitted,


                                                By: _____/s/_____
                                                     David J. Heubeck


                                                Venable LLP
                                                750 E. Pratt Street, Suite 900
                                                Baltimore, Maryland 21202
                                                Tel:  (410) 244-7731
                                                Fax:  (410) 244-7742
                                                Email: djheubeck@venable.com

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on June 2, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

          /s/

        David J. Heubeck

        Venable LLP
        750 E. Pratt Street, Suite 900
        Baltimore, Maryland 21202
        Tel:  (410) 244-7731
        Fax:  (410) 244-7742
        Email: djheubeck@venable.com